# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Ocala Division

FILED - USDC - FLMD - OCA
SEP 11 2026 PM1:17

Case No. 5:26-cv-632-KKM-PRL
*(to be filled in by the Clerk's Office)*

Patrick J. Killen, Jr.

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-v-**

Warden E.K. Carlton, John Doe Captain Barber, John Doe Officers, and John Doe Medical Staff

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Patrick J. Killen, Jr. |
| All other names by which you have been known: | |
| ID Number | 07505-104 |
| Current Institution | UPS Tucson |
| Address | 9300 S. Wilmont Road |
| | Tucson (*City*) AZ (*State*) 85756 (*Zip Code*) |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | E.K. Carlton |
| Job or Title *(if known)* | Warden |
| Shield Number | |
| Employer | USP Coleman |
| Address | PO Box 1024 |
| | Coleman (*City*) FL (*State*) 33521 (*Zip Code*) |

☒ Individual capacity ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | John Doe Barber |
| Job or Title *(if known)* | Captain |
| Shield Number | |
| Employer | USP Coleman |
| Address | PO Box 1024 |
| | Coleman (*City*) FL (*State*) 33521 (*Zip Code*) |

☒ Individual capacity ☐ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | John Doe Officers |
| Job or Title *(if known)* | Correctional Officer |
| Shield Number | |
| Employer | USP Coleman |
| Address | PO Box 1024 |
| | Coleman (*City*) — FL (*State*) — 33521 (*Zip Code*) |

☒ Individual capacity ☐ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | John Doe Medical Staff |
| Job or Title *(if known)* | Physician |
| Shield Number | |
| Employer | USP Coleman |
| Address | PO Box 1024 |
| | Coleman (*City*) — FL (*State*) — 33521 (*Zip Code*) |

☒ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Warden Carlton and Captain Barber kept the inmates on constant lockdown for weeks almost months at a time. During the day, Warden Carlton retained only one (1) staff person durin ghte day but at night after 10pm, Warden Carlton had two (2) staff members. The constant lockdowns caused the inmates to fight, assault staff and other inmates. The inmates never had fresh air, rarely were able to go to commissary to purhcase hygiene products and at USP Coleman hygiene products were not regularly given to the inmates. On September 20, 2023, at approximately 8:00 pm, Plaintiff was locked in his room with his roommate. Unable to escape, Plaintiff's roommate stabbed Plaintiff 17 times with an ice pick. Plaintiff suffered severe trauma, physical pain, psychological suffering. USP Coleman prison staff did not clean out the wounds, but only gave Plaintiff a small vial of ointment which ran out. Plaintiff had to beg another inmate for additional ointmen as USP Coleman staff neglected, failed and refused to provide additional ointment. Three (3) years later, the physical scars remain highly visible reminding Plaintiff daily of the horrific incident, causing Plaintiff severe psychological and emotional distress. No person should have to endure this type of cruelty.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Eighth Amendment of the US Constitution

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Failure to Protect (The Stabbing)
Prison officials have a constitutional duty to protect inmates from violence at the hands of other prisoners. To establish a violation, a lawsuit must demonstrate deliberate indifference to a substantial risk of serious harm:

- Prison officials knew (or should have known) of a specific, substantial risk to Plaintiff's safety—or a pervasive, systemic breakdown in security (such as leaving inmates vulnerable or failing to control weapons)—and disregarded that risk by failing to take reasonable measures to protect him.
- Plaintiff was trapped in a locked cell and unable to escape his assailant.

Deliberate Indifference to Serious Medical Needs (The Lack of Care)
The Supreme Court has ruled that failing to provide proper medical care to incarcerated individuals violates the Eighth Amendment when it amounts to "deliberate indifference to serious medical needs." Plaintiff's situation implicates this right in multiple ways:

- Objective Serious Medical Need: Seventeen stab wounds and a pre-existing kidney disease absolutely constitute a objectively serious, life-threatening medical need.
- Deliberate Indifference by Staff: Handing a vial of ointment to someone with 17 deep puncture wounds, failing to clean or suture the wounds, and failing to monitor for severe infection (especially given his known kidney disease) goes far beyond simple negligence. It represents a conscious disregard for an obvious, severe medical risk.
- Denial of Psychological Care: Mental health care is legally protected under the same standard as physical care. Denying psychological treatment to an inmate experiencing severe, daily trauma and PTSD symptoms from a near-fatal attack is also a viable basis for an Eighth Amendment claim.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☒ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* ____________________

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Warden Carlton and Captain Barber kept the inmates on constant lockdown for weeks almost months at a time. During the day, Warden Carlton retained only one (1) staff person durin ghte day but at night after 10pm, Warden Carlton had two (2) staff members. The constant lockdowns caused the inmates to fight, assault staff and other inmates. The inmates never had fresh air, rarely were able to go to commissary to purhcase hygiene products and at USP Coleman hygiene products were not regularly given to the inmates. On September 20, 2023, at approximately 8:00 pm, Plaintiff was locked in his room with his roommate. Unable to escape, Plaintiff's roommate stabbed Plaintiff 17 times with an ice pick. Plaintiff suffered severe trauma, physical pain, psychological suffering. USP Coleman prison staff did not clean out the wounds, but only gave Plaintiff a small vial of ointment which ran out. Plaintiff had to beg another inmate for additional ointmen as USP Coleman staff neglected, failed and refused to provide additional ointment. Three (3) years later, the physical scars remain highly visible reminding Plaintiff daily of the horrific incident, causing Plaintiff severe psychological and emotional distress. No person should have to endure this type of cruelty.

C. What date and approximate time did the events giving rise to your claim(s) occur?

September 20, 2023 at 8:00 pm. The claim for damage, injury or death was filed on September 20, 2024 and the denial was received on March 23, 2026. This lawsuit is being filed timely within the six (6) months of denial.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Warden Carlton and Captain Barber kept the inmates on constant lockdown for weeks almost months at a time. During the day, Warden Carlton retained only one (1) staff person durin ghte day but at night after 10pm, Warden Carlton had two (2) staff members. The constant lockdowns caused the inmates to fight, assault staff and other inmates. The inmates never had fresh air, rarely were able to go to commissary to purhcase hygiene products and at USP Coleman hygiene products were not regularly given to the inmates. On September 20, 2023, at approximately 8:00 pm, Plaintiff was locked in his room with his roommate. Unable to escape, Plaintiff's roommate stabbed Plaintiff 17 times with an ice pick. Plaintiff suffered severe trauma, physical pain, psychological suffering. USP Coleman prison staff did not clean out the wounds, but only gave Plaintiff a small vial of ointment which ran out. Plaintiff had to beg another inmate for additional ointmen as USP Coleman staff neglected, failed and refused to provide additional ointment. Three (3) years later, the physical scars remain highly visible reminding Plaintiff daily of the horrific incident, causing Plaintiff severe psychological and emotional distress. No person should have to endure this type of cruelty.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff's roommate stabbed Plaintiff 17 times with an ice pick. Plaintiff suffered severe trauma, physical pain, psychological suffering. USP Coleman prison staff did not clean out the wounds, but only gave Plaintiff a small vial of ointment which ran out. Plaintiff had to beg another inmate for additional ointmen as USP Coleman staff neglected, failed and refused to provide additional ointment. Plaintiff did not receive any counseling, nor any mental health care which is a deliberate indifference to a serious medical need which is a direct violatoin of Plaintiff's Eighth Amendment right.

1. Warden Carlton failed to protect Plaintiff leaving Plaintiff in a situation where he was stabbed 17 times with an ice pick.
2. Failing to properly clean, stitch, treat, or monitor 17 deep puncture wounds from an ice pick.and only giving Plaintiff a small vial of ointment, Warden Carlton denied Plaintiff basic physical and medical care.
3. The 17 wounds are visibly pressent and remind Plaintiff daily of the severe trauma he experienced. Plaintiff has received no counseling nor has Plainitff received mental health care. Warden Carlton denied Plaintiff psycological care after Plaintiff suffered life threatening trauma.
4. Plaintiff suffers from pre-existing kidney disease, a fact well-documented in his prison medical records. By failing to clean, sanitize, or monitor 17 deep puncture wounds, Defendants acted with deliberate indifferen ce to a catastrophic risk of infection, sepsis, and irreversible organ failure, directly threatening the Plaintiff's life.
5. Following the attack, Plaintiff formally requested his medical records regarding the stabbing, which the Bureau of Prisons refused to provide. Subsequently, the Plaintiff's family submitted three (3) separate formal requests for his medical records directly to Defendant Warden E.K. Carlton. Defendant Carlton completely ignored and refused all three requests, actively withholding critical medical evidence and demonstrating a continuous, deliberate indifference to the Plaintiff's severe physical and psychological condition.
6.In your lawsuit, you will argue that the warden had a duty to conduct mandatory tool inventories, repair infrastructure, and search cells. The presence of an ice-pick weapon proves the warden and his staff were deliberately indifferent to the rampant flow of deadly weapons in their facility, directly resulting in Plaintiff's catastrophic injuries.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and grant the following relief against the Defendants:

1. Emergency Injunctive Relief for Life-Threatening Medical Needs: Issue an immediate emergency injunction ordering the Bureau of Prisons to immediately transport Plaintiff to an outside, independent medical facility or specialist to undergo comprehensive blood work, urine tests, and diagnostic imaging to determine if the uncleaned puncture wounds caused a systemic infection that has compromised his pre-existing kidney disease.
2. Compensatory Damages: Award Plaintiff substantial compensatory damages in an amount to be determined at trial against all Defendants, jointly and severally, for the severe physical pain, permanent physical scarring, profound emotional distress, severe anxiety, and psychological trauma caused by the 17 puncture wounds and the total denial of medical and mental health care.
3. Punitive Damages: Award Plaintiff punitive damages in an amount to be determined at trial against all individual Defendants (Warden E.K. Carlton, John Doe Captain, John Doe Officers, and John Doe Medical Staff) for their malicious, reckless, and deliberately indifferent conduct regarding Plaintiff's physical safety and medical needs.
4. Emergency Injunctive Relief: Issue an immediate injunction ordering the Bureau of Prisons to provide Plaintiff with comprehensive, immediate, and ongoing medical and psychological evaluations and treatment by independent, non-BOP medical professionals to treat his uncleaned wounds, permanent scarring, and untreated severe psychological trauma.
5. Fees and Costs: Award Plaintiff all costs of this action, including any filing fees, copy fees, and service of process costs.
6. Additional Relief: Grant any such other and further relief as this Court deems just, proper, and equitable under the law.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

USP Coleman, Warden Carlton, Captain Barber, Medical staff who failed to properly clean 17 stab wounds and failed to give Plaintiff proper medical care.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Federal Bureau of Prisons
320 First Street, NW
Washington, DC 20534

2. What did you claim in your grievance?

Warden Carlton and Captain Barber keep the inmates on constant lockdown, having only one (1) staff person during the day but at night after 10pm, have two (2) staff members. The constant lock downs cause the inmates to fight, assault staff and other inmates. The inmates never have fresh air, rarely to go commissary to purchase hygiene products and hygiene products are not given to the inmates at USP Coleman. Because of the abuse, I was stabbed 17 times by a fellow inmate.
I was stabbed 17 times by another inmate while in constant lockdown by Warden Carlton and Captain Barber. I was unable to get away from the other inmate. I am passive, weight only 135 pounds and have chronic kidney disease.
I have been kept in the SHU for over six (6) months.Since the stabbings only just happened, I do not know the extent of my injuries.

3. What was the result, if any?

Admin Tort Claim Number TRT-SER-2026-00138 was denied by Jeff Middendorg on March 23, 2026

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I am filing this Bivens lawsuit within the time prescribed by law.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

A grievance was filed with the Federal Bureau of Prisons who denied the claim.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

A claim was filed with the Federal Bureau of Prisons, attached hereto on September 20, 2024. The Fedreal Bureau of Prisons denied the claim on March 23, 2026.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) __________

Defendant(s) __________

2. Court *(if federal court, name the district; if state court, name the county and State)*

__________

3. Docket or index number

__________

4. Name of Judge assigned to your case

__________

5. Approximate date of filing lawsuit

__________

6. Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. __________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

__________

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) __________

Defendant(s) __________

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A. For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/7/2026

Signature of Plaintiff [signature]

Printed Name of Plaintiff: Patrick J. Killen, Jr.

Prison Identification #: 07505-104

Prison Address: 9300 S. Wilmont Road

| City | State | Zip Code |
|---|---|---|
| Tucson | AZ | 85756 |

**B. For Attorneys**

Date of signing: ______

Signature of Attorney ______

Printed Name of Attorney ______

Bar Number ______

Name of Law Firm ______

Address ______

| City | State | Zip Code |
|---|---|---|
| | | |

Telephone Number ______

E-mail Address ______

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

1. Submit to Appropriate Federal Agency:

Federal Bureau of Prisons
320 First St., NW
Washington, DC 20534

2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.

Patrick J. Killen, Jr./ 07505-104
Coleman II / 846 NE 54 Terrace
Sumterville, FL 33521

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 05/31/1993 | Single | 09/20/2023 Wednesday | 8:00 pm |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Warden Carlton and Captain Barber keep the inmates on constant lock down, having only one (1) staff person during the day but at night after 10pm, have two (2) staff members. The constant lock downs cause the inmates to fight, assault staff and other inmates. The inmates never have fresh air, rarely go to commissary to purchase hygiene products and hygiene products are not given to the inmates. Coleman II only serves peanut butter & jelly, baloney and tuna sandwiches for dinner. NEVER a hot meal for dinner. Because of this abuse, I was stabbed 17 times by a fellow inmate.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

I was stabbed 17 times by another inmate while in constant lock down by Warden Carlton and Captain Barber. I was unable to get away from the other inmate. I am passive, weigh only 135 pounds and have chronic kidney disease.

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

I have been kept in SHU for over six (6) months. Since the 17 stabbings only just happened I do not know the extent of my injuries.

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | |

12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| | 750,000.00 | | 750,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| [illegible] | | 9/20/24 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☒ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☒ No

17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

***(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.
B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

UNITED STATES POSTAL SERVICE® **Click-N-Ship®**

**P**

usps.com
$11.12
US POSTAGE

9405 5301 0935 5450 8594 84 0111 2001 0003 4475

U.S. POSTAGE PAID
Click-N-Ship®

09/07/2026
1 lb 0 oz

Mailed from 33015 407437671006759

**PRIORITY MAIL®**

KAREN KILLEN
6880 PINEHURST DR
HIALEAH FL 33015-2304

Created 2026-09-07
Flat Rate Envelope
RDC 03

**C029**

US DISTRICT COURT FOR THE MIDDLE DISTR
CLERK OF THE COURT
207 NW 2ND ST
OCALA FL 34475-6603

**USPS TRACKING #**

9405 5301 0935 5450 8594 84

Stabbing Complaint

SCREENED
By USMS

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

IATES
ERVICE ®

PRIORITY®
MAIL

OPE

D

2023
'2

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.